# Exhibit A

Registered Oct. 18, 1949

Registration No. 516,561

PRINCIPAL REGISTER
Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application May 3, 1948, Serial No. 556,108



(Statement)

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS AND JACKETS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by affixing permanently thereto a tab of textile material on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on jackets July 1, 1937, and on overalls September 1, 1936, and first used in commerce among the several States and between the United States and foreign nations which may lawfully be regulated by Congress on jackets July 1, 1937, and on overalls September 1, 1936.

Applicant is the owner of the trade-mark, Registration No. 413,396, dated April 24, 1945, and Registration No. 250,265, dated December 4, 1928.

(Declaration)

D. A. Beronio, being duly sworn, deposes and says that he is the secretary of Levi Strauss & Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and between the United States and foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods; and that the facts set forth in the statement are true.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,157,769
Registered Jun. 16, 1981

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For: TROUSERS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 1, 1936; in commerce Sep. 1, 1936.
Owner of U.S. Reg. Nos. 356,701, 775,412 and others.
Applicant disclaims the representation of the goods apart from the mark as shown.
The mark consists of a small marker or tab affixed to the exterior of the garment at the hip pocket.

Ser. No. 263,725, filed Feb. 1, 1967.

J. C. DEMOS, Deputy Director

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,791,156
Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196, AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE DRAWING ARE FEATURES OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION OF A DOUBLE ARCUATE AND TAB DESIGN SHOWN ON THE SHAPE OF A POCKET, AS INDICATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY

Registered May 10, 1938          **Trade-Mark 356,701**

Republished, under the Act of 1946, April 27, 1948, by Levi Strauss & Company, San Francisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application June 30, 1937, Serial No. 394,734



## STATEMENT

*To the Commissioner of Patents:*

Levi Strauss & Company, a corporation duly organized under the laws of the State of California and located at city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS OF THE PATCH-POCKET TYPE, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

The trade-mark has been continuously used in the business of the applicant since on or about September 1, 1936.

In practice the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

No claim is made herein for the representation of a portion of the garment or seam shown in the drawing, these being shown merely to illustrate one manner in which the red marker or red tab may be applied to a garment. The drawing is lined for the color red.

The undersigned hereby appoints Chas. E. Townsend, whose address is 908–917 Crocker Building, San Francisco, California, its attorney with full power of substitution and revocation to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

Registered July 21, 1953

Registration No. 577,490

PRINCIPAL REGISTER
Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application April 30, 1949, Serial No. 578,119



## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods in the manner hereinafter set forth, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on September 1, 1936, and first used in commerce among the several States which may lawfully be regulated by Congress on September 1, 1936.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

In practice, the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

The drawing is lined for the color red.

Applicant is the owner of Trade-Mark Registration No. 356,701 issued May 10, 1938, and No. 404,248 issued November 16, 1943.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

# United States Patent Office

**774,625**
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 171,283, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.
First use May 22, 1963; in commerce May 22, 1963.
The mark consists of a small marker or black tab affixed to the exterior of the garment at the hip pocket.
Owner of Reg. Nos. 356,701, 577,490, and 720,376.

# United States Patent Office

775,412
Registered Aug. 18, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 171,282, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.
First use Oct. 9, 1957; in commerce Oct. 9, 1957.
The mark consists of a small marker or white tab with the name "Levi's" superposed thereon, which is affixed to the exterior of the garment at the hip pocket.
Owner of Reg. Nos. 250,265, 720,376, and others.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,726,253**

## United States Patent and Trademark Office   Registered June 17, 2003

### TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

   FOR: CLOTHING, NAMELY, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 3-7-1969; IN COMMERCE 3-7-1969.

   OWNER OF U.S. REG. NOS. 356,701, 1,183,022 AND OTHERS.

   THE TRADEMARK CONSISTS OF A SMALL MARKER OR TAB OF TEXTILE MATERIAL APPEARING ON AND AFFIXED PERMANENTLY TO THE EXTERIOR OF A SHIRT POCKET. THE SHIRT AND SHIRT POCKET SHOWN IN BROKEN LINES ON THE DRAWING SERVES TO SHOW POSITIONING OF THE MARK AND NO CLAIM IS MADE TO THIS MATTER.

   SEC. 2(F).

   SER. NO. 75-904,260, FILED 1-26-2000.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,620,144
Registered Sep. 17, 2002

## SERVICE MARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

SER. NO. 76-193,799, FILED 1-12-2001.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

*Design Only* : Q4State ST-6

| | |
|---|---|
| **State** | CALIFORNIA |
| **Owner** | LEVI STRAUSS & CO. |
| **Renewed To** | LEYI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA<br>**Renewed:** 04-JAN-1984<br>**Renewal Registration Number:** 9036<br>LEVI STRAUSS & CO.<br>CALIFORNIA CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 13-JUN-1994<br>**Renewal Registration Number:** 13720<br>LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 16-JUN-2004<br>**Renewal Registration Number:** 17805<br>LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>1155 BATTERY STREET<br>SAN FRANCISCO CALIFORNIA 94111<br>**Renewed:** 30-MAY-2014<br>**Renewal Registration Number:** 20170 |
| **Registrant** | LEVI STRAUSS & CO.<br>DELAWARE CORPORATION<br>TWO EMBARCADERO CENTER<br>SAN FRANCISCO CALIFORNIA 94106 |
| **Status** | Renewed (Registered) (CA) - 52312 |
| **Chronology** | **Registered:** 12-JUN-1974<br>**Registration Number:** 52312<br>**Renewed:**<br>04-JAN-1984<br>13-JUN-1994<br>16-JUN-2004<br>30-MAY-2014<br>**Renewal Registration Number:**<br>9036<br>13720<br>17805<br>20170 |
| **Mark Type** | TRADEMARK |
| **Goods and Services** | **25**<br>Shirts and jackets<br>**State Class(es):** 39<br>**First Use in State:** 07-MAR-1969<br>**First Use Anywhere:** 07-MAR-1969 |
| **Design Type** | DESIGN ONLY |
| **Design Phrase** | THE MARK CONSISTS OF A FOLDED CLOTH RIBBON SEWN WITH ITS ENDS INSERTEDINTO THE REGULAR STRUCTURAL SEAM OF A PATCH POCKET OR FLAP OF SHIRTS SO THAT THE FOLD PROTRUDES FROM THE SEAM AND IS VISIBLE THROUGHOUT THE LIFE OF THE GARMENT WHILE IT IS BEING WORN |
| **Manner Of Display** | A PROTRUDING TAB IN THE POCKET SEAM OF A SHIRT OR JACKET PROTRUDING FROM THE SEAM OF THE POCKET OR FROM THE FLAP ON THE POCKET |